# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**PATRICIA GORDON-ORRENDER,** *et al*,  Case No. 3:13-cv-100

    Plaintiffs,  **Judge Timothy S. Black**

**-vs-**

**ZIMMER, INC.,** *et al.*,

    Defendants.

---

### JUDGMENT IN A CIVIL CASE

---

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Plaintiff's Motion for Dismissal of all Claims Without Prejudice (Doc. 10) is **GRANTED**; and the case is **CLOSED** on the Court's docket.

Date: September 24, 2013  **JOHN P. HEHMAN, CLERK**

    By: *s/ M. Rogers*
    Deputy Clerk